## JONES *v.* THE STATE.

FISH, J. Where, upon the trial of one charged with stabbing, counsel for the accused, in his argument to the jury, asserted that if the prosecutor applied a certain vile epithet to the accused he would be justified in killing the prosecutor, it was not erroneous for the presiding judge to interpose and state in the presence of the jury that there was no such law—that no opprobrious words, or abusive language, could justify a man in killing another.

*Judgment affirmed. All the Justices concurring.*

Submitted October 3,—Decided October 25, 1899.

Indictment for stabbing. Before Judge Nottingham. City court of Macon. June term, 1899.

*John R. Cooper,* for plaintiff in error.

*Robert Hodges, solicitor-general,* contra.

---

## WATERS *v.* THE STATE.

SIMMONS, C. J. The charge being that the accused pursued on the Lord's day the work of his ordinary calling, the same not being a work of necessity or charity, and the evidence demanding a verdict of guilty, there was no error in denying a new trial, even if a portion of the instructions to the jury were erroneous.

*Judgment affirmed. All the Justices concurring.*

Submitted October 4,—Decided October 26, 1899.

Indictment for working on Sunday. Before Judge Prior. City court of Hall county. May term, 1899.

*W. B. Sloan,* for plaintiff in error.

*Fletcher M. Johnson, solicitor,* contra.